**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DAVID RICHARDS, | No. 2:23-CV-0070-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BENJAMIN SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

IT IS SO ORDERED.

Dated: January 23, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1