IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVID RICHARDS, | No. 2:23-CV-0070-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BENJAMIN SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 16, 2023, the Court issued an order referring this case to the Court's Early Alternative Dispute Resolution program and staying proceedings for 120 days. See ECF No. 25. A continued settlement conference has been set for November 6, 2024, before Hon. Jeremy Peterson. See ECF No. 38 (minutes). On the Court's own motion, the stay of proceedings is extended through November 6, 2024.

IT IS SO ORDERED.

Dated: June 13, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1