**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DAVID RICHARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN SMITH,<br><br>　　　　　Defendant. | Case No.  2:23-CV-0070-DMC-P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a settlement conference.  Patrick S. Schoenburg has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Patrick S. Schoenburg is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Patrick S. Schoenburg's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he

has any questions related to the appointment.

4. The parties are directed to contact Sujean Park via email within 7 days of the date of this order to arrange scheduling of the settlement conference to be set for a date no earlier than September 2024.

5. The Clerk of Court is directed to serve a copy of this order upon Patrick S. Schoenburg, Wood Smith Henning & Berman LLP, 7108 N. Fresno St., Suite 250, Fresno, CA 93720.

IT IS SO ORDERED.

Dated:   June 13, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE